**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

UNITED STATES OF AMERICA

       Plaintiff,

v.                                          Case No. 12-20518
                                            Honorable Denise Page Hood

RILEY WILLIAMS,

       Defendant.

_____/

## ORDER DENYING DEFENDANT'S MOTION FOR REVIEW OF DETENTION ORDER AND RELEASE ON BOND

This matter is before the Court on Riley Williams' Motion for Review of Detention Order and Release on Bond, filed on August 15, 2012. For the reasons stated on the record on September 11, 2012,

**IT IS ORDERED** that Defendant's Motion for Review of Detention Order and Release on Bond [Docket No. 11, filed August 15, 2012] is **DENIED**.

**IT IS SO ORDERED**.

Dated: September 14, 2012              s/Denise Page Hood
                                                DENISE PAGE HOOD
                                                UNITED STATES DISTRICT JUDGE

I hereby certify that a copy of the foregoing document was mailed to the attorneys of record on this date, Friday, September 14, 2012, by electronic and/or ordinary mail.

                                                  s/LaShawn R. Saulsberry
                                                Case Manager